UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS MORIN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOJACK CORPORATION, a Massachusetts corporation; BARTELS' MOTORCYCLE ENTERPRISES, INC., a California corporation, doing business in California as Bartels' Harley Davidson, and DOES 1 through 1000,<br><br>Defendants. | Case No. 2:10-cv-05659-JHN –SSx<br><br>Hon. Jacqueline H. Nguyen<br><br>**ORDER GRANTING DEFENDANT LOJACK CORP.'S EX PARTE APPLICATION TO CLARIFY THAT THE C.D. CAL. LOCAL RULES SUPPLY THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 790 (Roybal)<br><br>Action Removed: July 29, 2010 |

Defendant LoJack Corp. ("LoJack") filed an ex parte application seeking to clarify the briefing schedule applicable to Plaintiff's Motion for Class Certification currently set for hearing on April 18, 2011. Having considered the application and for good cause appearing,

/ / /

/ / /

/ / /

1  THE APPLICATION IS HEREBY APPROVED:

2  With respect to Plaintiff's Motion for Class Certification which is set for
3  hearing on April 18, 2011, in accordance with this Court's rules, defendants'
4  opposition papers are due March 28, 2011 and Plaintiff's reply papers are due April
5  4, 2011.

6  **IT IS SO ORDERED.**

8  Dated: March 10, 2011      By: _____
9                                                                      UYEN

10  703920/SD